THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000 | Facsimile:  213.229.7520

MICHELE L. MARYOTT, SBN 191993
  mmaryott@gibsondunn.com
JORDAN E. JOHNSON, SBN 324051
  jjohnson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone:  949.451.3800 | Facsimile:  949.451.4220

*Attorneys for Defendant*
*NEW PRIME, INC.*

CRAIG J. ACKERMANN, SBN 229832
  cja@ackermanntilajef.com
ACKERMANN & TILAJEF, P.C.
1180 South Beverly Drive, Suite 610
Los Angeles, CA  90035
Telephone:  310.277.0614 | Facsimile:  310.277.0635

JONATHAN MELMED, SBN 290218
  jm@melmedlaw.com
MELMED LAW GROUP P.C.
1180 South Beverly Drive, Suite 610
Los Angeles, CA  90035
Telephone:  310.824.3828 | Facsimile:  310.862.6851

*Attorneys for Plaintiffs*
*BOBBY LEE HANSEN and JACKIE THOMPSON*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BOBBY LEE HANSEN and JACKIE THOMPSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEW PRIME, INC., a Nebraska corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-07517 DOC (AGRx)<br><br>**JOINT STIPULATION TO STAY ACTION PENDING THE UNITED STATES SUPREME COURT'S DECISION IN *MORIANA V. VIKING RIVER CRUISES, INC.***<br><br>Hon. David O. Carter |

Gibson, Dunn &
Crutcher LLP

Plaintiffs Bobby Lee Hansen and Jackie Thompson (collectively "Plaintiffs") and Defendant New Prime, Inc. ("Defendant"), by and through their respective counsel, hereby stipulate and agree to the entry of an Order Staying this Action pending the United States Supreme Court's decision in *Moriana v. Viking River Cruises, Inc.*, __ U.S. __ 2021 WL 5911481 (Dec. 15, 2021, No. 20-1573).

WHEREAS, on February 11, 2021, the parties filed a Joint Stipulation to Allow Plaintiffs to File a Second Amended Complaint and Requesting a Stay Pending Settlement Negotiations, which was subsequently granted by the Court (Dkts. 19, 20);

WHEREAS, on October 12, 2021, the parties filed a Further Joint Status Report Regarding Status of Settlement Negotiations, requesting that the Court enter an Order: (1) lifting the stay of this action and (2) setting Defendant's deadline to respond to Plaintiffs' Second Amended Complaint for thirty (30) days from the date of the Court's Order lifting the stay (Dkt. 29);

WHEREAS, on December 9, 2021, the Court issued a Minute Order lifting the stay this action and ordering Defendant to respond to Plaintiffs' Second Amended Complaint no later than January 9, 2022 (Dkt. 30);

WHEREAS, on December 15, 2021, the United States Supreme Court granted certiorari in *Moriana v. Viking River Cruises, Inc.*, __ U.S. __ 2021 WL 5911481 (Dec. 15, 2021, No. 20-1573), in which the Supreme Court will consider the arbitrability of representative claims, including under the Private Attorneys General Act ("PAGA");

WHEREAS, Plaintiffs' Second Amended Complaint raises a PAGA claim (Dkt. 21);

WHEREAS, on or around December 16, 2021, the parties met and conferred regarding Defendant's forthcoming filing of a motion to stay this action pending the United States Supreme Court's decision in *Viking River Cruises, Inc.*, which Defendant maintains will determine the threshold issue of whether Plaintiffs' claims must be compelled to arbitration;

Gibson, Dunn &
Crutcher LLP

WHEREAS, the parties therefore agree that it would conserve judicial and party resources to stay this action until the United States Supreme Court issues its decision in *Viking River Cruises, Inc.*;

WHEREAS, Plaintiffs' agreement to stay this action pending the United States Supreme Court's decision in *Viking River Cruises, Inc.* is made without waiving any objections or challenges to the relevance of the Supreme Court's decision;

WHEREAS, this action is in the early stages and there has been no responsive pleading filed;

WHEREAS, the requested stay, if granted, would not result in prejudice to any party, and would be in effect only until the United States Supreme Court issues its decision in *Viking River Cruises, Inc.*;

NOW, THEREFORE, the parties, through their undersigned counsel, hereby stipulate, agree, and respectfully request that the Court enter an Order that:

1. All proceedings and deadlines, including but not limited to Defendant New Prime, Inc.'s responsive pleading and deadlines to respond to discovery, shall be STAYED in this action pending the United States Supreme Court's decision in *Moriana v. Viking River Cruises, Inc.*, __ U.S. __ 2021 WL 5911481 (Dec. 15, 2021, No. 20-1573).

2. Defendant New Prime, Inc.'s responsive pleading and responses to discovery that was served prior to the stay of this action will be due thirty (30) days after the United States Supreme Court's decision in *Moriana v. Viking River Cruises, Inc.*, __ U.S. __ 2021 WL 5911481 (Dec. 15, 2021, No. 20-1573).

**IT IS SO STIPULATED.**

Gibson, Dunn & Crutcher LLP

3

Dated:  December 21, 2021                 Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP


By:   */s/ Michele L. Maryott*
                  Michele L. Maryott

Attorneys for Defendant NEW PRIME, INC.

Dated:  December 21, 2021                 ACKERMANN & TILAJEF, P.C.


By:   */s/ Craig J. Ackermann*
                  Craig J. Ackermann

Attorneys for Plaintiffs BOBBY LEE
HANSEN and JACKIE THOMPSON

Dated:  December 21, 2021                 MELMED LAW GROUP P.C.


By:   */s/ Jonathan Melmed*
                  Jonathan Melmed

Attorneys for Plaintiffs BOBBY LEE
HANSEN and JACKIE THOMPSON

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4, Michele L. Maryott hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


*/s/ Michele L. Maryott*
                  Michele L. Maryott

Gibson, Dunn &
Crutcher LLP