THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

MICHELE L. MARYOTT, SBN 191993
  mmaryott@gibsondunn.com
JORDAN E. JOHNSON, SBN 324051
  jjohnson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

Attorneys for Defendant NEW PRIME, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BOBBY LEE HANSEN and JACKIE THOMPSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>NEW PRIME, INC., a Nebraska corporation; and DOES 1 to 100, inclusive,<br><br>    Defendants. | CASE NO. 2:19-cv-07517 DOC (AGRx)<br><br>**DECLARATION OF STEVE FIELD IN SUPPORT OF DEFENDANT NEW PRIME, INC.'S MOTION TO COMPEL ARBITRATION AND DISMISS CASE**<br><br>**Hearing:**<br>Date:    September 12, 2022<br>Time:    8:30 AM<br>Place:    Courtroom 10A<br>          Ronald Reagan Federal Bldg.<br>          411 West Fourth Street<br>          Santa Ana, CA 92701<br>Judge:   Hon. David O. Carter |

I, Steve Field, hereby declare and state:

1. The information set forth herein is true and correct of my own personal knowledge (unless otherwise stated) and if asked to testify thereto, I would do so competently.

2. I am employed as the Director of Safety by New Prime, Inc. d/b/a Prime, Inc. ("Prime"), and I work out of Prime's office in Springfield, Missouri. I have been employed by Prime since 1996. From 2001–2014, I was the manager who oversaw the Logs Department at Prime. I have worked as Director of Safety since April 2014. In this role, I am responsible for, among other things, evaluating the fitness of drivers to transit loads for Prime. I have comprehensive knowledge of Prime's business, including the onboarding process for new drivers.

3. All drivers, Mr. Hansen and Ms. Thompson included, are given the choice to become either an employee or an independent contractor upon commencing their work relationship with Prime. Mr. Hansen began driving with Prime as a student driver in May 2017 and then chose to be an independent-contractor driver for Prime and began driving as an independent contractor in November 2017. Ms. Thompson also chose to be an independent-contractor driver for Prime and began driving in April 2018.

4. I am personally familiar with the standard arrangements by which independent contractors conduct business with Prime and the process by which the agreements are negotiated with independent contractors. Independent contractors enter into agreements with Prime to govern their business relationship. Independent contractors can negotiate the terms of those agreements, including the arbitration terms, and they are not required to accept the language offered by Prime in order to conduct business with Prime. Mr. Hansen and Ms. Thompson, as independent contractors, were entirely free to suggest modification to any arbitration language contained within the independent contractor contract and would have been permitted to drive for Prime in that capacity no different than any of their independent contractor counterparts who assented to that arbitration language.

5. Attached hereto as **Exhibit A** is a true and correct copy of the Independent Contractor Operating Agreement with Prime that Bobby Lee Hansen signed on behalf of Collie Dog Trucking, Inc. on November 27, 2017.

6. Attached hereto as **Exhibit B** is a true and correct copy of the Independent Contractor Operating Agreement with Prime that Jackie Thompson signed on behalf of Cione C B Express LLC on April 17, 2018.

7. At my direction, our Director of Technology oversaw the compilation of information from Prime's AS 400 system and the driver files housed therein to determine how many miles Mr. Hansen and Ms. Thompson drove while they drove with Prime and how many of those miles were driven in California.

    a) While driving with Prime, from May 2017 through March 2019, Mr. Hansen drove a total of 87,787 miles for Prime. Of those miles, only 19,046—or 21.70%—were driven in California.

    b) While driving with Prime, from April 2018 through January 2019, Ms. Thompson drove a total of 157,050 miles. Of those miles, only 30,781—or 19.60%—were driven in California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that I executed this Declaration on July 14, 2022, at Dallas, Texas.

                                                  Steve Field
                                                  Director of Safety

105596886.3