| | |
|---|---|
| 1 | THEODORE J. BOUTROUS JR., SBN 132099 |
| 2 |    tboutrous@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 3 | 333 South Grand Avenue<br>Los Angeles, CA  90071-3197 |
| 4 | Telephone:  213.229.7000<br>Facsimile:    213.229.7520 |
| 5 | MICHELE L. MARYOTT, SBN 191993 |
| 6 |    mmaryott@gibsondunn.com<br>JORDAN E. JOHNSON, SBN 324051 |
| 7 |    jjohnson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 8 | 3161 Michelson Drive<br>Irvine, CA  92612-4412 |
| 9 | Telephone:  949.451.3800<br>Facsimile:    949.451.4220 |
| 10 | Attorneys for Defendant NEW PRIME, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BOBBY LEE HANSEN and JACKIE THOMPSON, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>NEW PRIME, INC., a Nebraska corporation; and DOES 1 to 100, inclusive,<br><br>            Defendants. | CASE NO. 2:19-cv-07517 DOC (AGRx)<br><br>**DECLARATION OF JORDAN E. JOHNSON IN SUPPORT OF DEFENDANT NEW PRIME, INC.'S MOTION TO COMPEL ARBITRATION AND DISMISS CASE**<br><br>**Hearing:**<br>Date:    September 12, 2022<br>Time:   8:30 AM<br>Place:   Courtroom 10A<br>           Ronald Reagan Federal Bldg.<br>           411 West Fourth Street<br>           Santa Ana, CA 92701<br>Judge:  Hon. David O. Carter |

I, Jordan E. Johnson, declare as follows:

1. I am an attorney duly licensed to practice law before all of the courts of the State of California as well as the United States District Court for the Central District of California. I am an attorney at the law firm of Gibson, Dunn & Crutcher LLP, and am one of the attorneys representing Defendant New Prime, Inc. ("Prime") in the above-entitled action. Unless otherwise stated, I have personal knowledge of the matters stated herein, and if asked to testify thereto, I would do so competently.

2. On July 5, 2022, participated in a call with Plaintiffs' counsel to confer regarding Prime's motion to compel arbitration and to request that Plaintiffs dismiss this action and submit their claims to bilateral arbitration pursuant to the arbitration agreements between Plaintiffs and Prime. On July 8, 2022, Plaintiffs' counsel informed me that Plaintiffs intend to oppose the motion to compel arbitration. On July 13, 2022, I sent a letter to Plaintiffs' counsel reiterating Prime's request. A true and correct copy of my July 13, 2022 letter to Plaintiffs' counsel is attached hereto as **Exhibit 1**.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the American Arbitration Association's Commercial Arbitration Rules and Mediation Procedures.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the arbitration agreement between Prime and Paul Ratajesak, filed in *Ratajesak v. New Prime, Inc.*, Case No. 2:18-cv-09396-DOC (AGRx), Dkt. 22-2.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that I executed this Declaration on July 15, 2022 at Temecula, California.

Jordan E. Johnson

105596301.1